UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-08056-RGK (SK)                                Date: March 21, 2022

Title   Angelis Andino-Ayala et al. v. County of Los Angeles et al.


Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:
None present                                                None present


**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff has failed to prosecute this action against several named Defendants:

1.        Plaintiff has not opposed the motion to dismiss filed by Defendants City of Los Angeles and Los Angeles Police Department.  Her opposition was due on February 18, 2022.  (ECF 10, 11).

2.        Plaintiff has not opposed the motion to dismiss filed by Defendants Beverly Hills Police Department, Officers Loberg, Rakowski, and Carrott, and Detective Mendoza.  Her opposition was due on February 24, 2022.  (ECF 12, 15).

3.        Plaintiff has filed no request for entry of default or notice of voluntary dismissal for Defendants Eileen Aguirre, Tara Chandler, and Mitzy Vega, none of whom have answered the complaint.

Plaintiff is thus ORDERED TO SHOW CAUSE on or before **April 4, 2022** why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge this Order by: (1) filing her oppositions to the pending motions to dismiss; and (2) either seeking entry of default using the first attached form, or filing a notice of voluntary dismissal using the attached form CV-9 for any served defendants who have not timely answered the complaint.

**Failure to comply with this Order by April 4, 2022 will be deemed consent to the granting of the pending motions to dismiss and lead to involuntary dismissal of the Defendants named in this order.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1; L.R. 7-12.

**IT IS SO ORDERED.**