JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIS ANDINO-AYALA et al., <br> Plaintiffs, <br> v. <br> COUNTY OF LOS ANGELES et al., <br> Defendants. | CASE NO. 2:21-cv-08056-RGK (SK) <br> **JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: May 3, 2022

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE